**EuGene CLOWERS, Plaintiff— Appellant,**

v.

**Jon OZMINT, Director of South Carolina Department of Corrections; Colie Rushton, Warden of McCormick Correctional Institution; Learoy Cartlidge, Associate Warden; Parker, of Classification, in their individual and official capacities, Defendants— Appellees.**

No. 08–6696.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 21, 2008.

Decided: Aug. 27, 2008.

EuGene Clowers, Appellant Pro Se. Steven Michael Pruitt, McDonald, Patrick, Tinsley, Baggett & Poston, Greenwood, South Carolina, for Appellees.

Before WILLIAMS, Chief Judge, and KING and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

EuGene Clowers appeals the district court's order rejecting the recommendation of the magistrate judge to dismiss Clowers' 42 U.S.C. § 1983 (2000) action for failure to prosecute but ultimately denying relief on Clowers' complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Clowers v. Ozmint,* No. 2:06–cv–02530–MBS, 2008 WL 876354 (D.S.C. filed Mar. 28, 2008; entered Mar. 31, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*